# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00582-CV

**In the Interest of P.M.P.**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-FM-09-1114, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Thomas Jason Parker filed his notice of appeal on October 7, 2009. On December 16, 2009, this Court received notice from the Travis County district clerk's office that the appellant had not paid for or made arrangements to pay for the clerk's record. On December 30, 2009, the Clerk of this Court sent notice to appellant's counsel that this appeal would be dismissed for want of prosecution if he did not submit a status report to this Court by January 11, 2010. To date, appellant's counsel has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 37.3(b).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Prosecution

Filed: March 31, 2010